ORIGINAL



IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

FILED

SEP 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
CHRISTINA W. HARDESTY

ORDER

Christina W. Hardesty has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of her application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Hardesty passed the MPRE in 2016 when seeking admission to the practice of law in Idaho, where she was admitted. Hardesty has also been admitted in Utah, and has practiced law "without any ethical or disciplinary action in any jurisdiction where licensed or admitted." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Christina W. Hardesty to waive the three-year test requirement for the MPRE for purposes of her current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 8 day of September, 2020.

_____
Chief Justice

_____

_____



_____

_____

_____

_____
Justices